**Order issued February 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-00358-CR

---

### BRIAN GLENN JORDAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the August 15, 2014 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brian Glenn Jordan, TDCJ No. 1915696, Beto Unit, 1391 FM 3328, Tennessee Colony, Texas, 75880.


/ David Evans/
DAVID EVANS
JUSTICE